UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-20357-CR-MOORE/LOUIS(s)

UNITED STATES OF AMERICA

vs.

JAYDEN DAROSA,

        Defendant.
_____/

## FACTUAL PROFFER

The United States of America, Jayden Darosa ("Defendant"), and the Defendant's counsel, agree that, had this case gone to trial, the United States would have proven the following facts, among others, occurred in Miami-Dade County, in the Southern District of Florida and elsewhere, beyond a reasonable doubt, and that such facts are sufficient to establish the Defendant's guilt as to the offenses charged in the Indictment.

From or around August 2020 or earlier and continuing to at least November of 2020 or later, JAYDEN DAROSA conspired with members of a group consisting of LONTRELL WILLIAMS, JR., BOBBY BROWN, and others to use or carry firearms during and in relation to, and to possess firearms in furtherance of, drug trafficking crimes and crimes of violence.

On October 9, 2021 in Bay Harbor Islands, Florida, DAROSA, BROWN, WILLIAMS, JR. and other associates arrived at a meeting to acquire marijuana, codeine, and sneakers from Victim 1 and Victim 2.

During the transaction of drugs and sneakers that took place at this meeting, members of the group brandished firearms and shot Victims 1 and 2, forcibly taking the victims' codeine and

sneakers. Following the assault, the group departed the scene with the victims' marijuana, codeine, and sneakers without paying for the items.

The facts described above are not intended to be a complete recitation of the facts of this case and are merely intended to form a basis for the Defendant's knowing, willful, and intentional plea of guilty.

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

Date: 12/7/21     By: _____ on behalf of _____
IGNACIO J. VÁZQUEZ, JR.
ASSISTANT UNITED STATES ATTORNEY

Date: 12/7/21     By: _____
IAN MCDONALD
ATTORNEY FOR DEFENDANT

Date: 12/7/21     By: _____
JAYDEN DAROSA
DEFENDANT